UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707

Attorneys for Secured Creditor
Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, SASCO Mortgage Loan Trust 1999-BC4, Mortgage Pass-Through Certificates, Series 1999-BC4

ALEISHA C. JENNINGS (049302015)

Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**BRIAN ABBEY,**

    Debtor,

**DANIELLE ABBEY,**

    **Joint Debtor.**

Case No.:   18-22328-CMG

Chapter:   7

Hearing Date: June 25, 2019

Judge:   Christine M. Gravelle

Recommended Local Form:   ☒ Followed    ☐ Modified

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 25, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtors:    Brian Abbey and Danielle Abbey
Case No.:    **18-22328-CMG**
Caption of Order:  **Order Vacating Stay**

---

Upon the motion of Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation, SASCO Mortgage Loan Trust 1999-BC4, Mortgage Pass-Through Certificates, Series 1999-BC4, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

100 Timberlake Drive, Stafford TWP, NJ 08050.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Abbey  
Danielle Abbey  
    Debtors

Case No. 18-22328-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db/jdb        +Brian Abbey,    Danielle Abbey,    100 Timberlake Drive,    Manahawkin, NJ 08050-4603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

       Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank National Association ajennings@rasflaw.com  
       Arthur Russell    on behalf of Plaintiff    Premier Glass of New York, LLC arthur@attorneyrussell.com  
       Arthur Russell    on behalf of Creditor    Premier Glass of New York, LLC arthur@attorneyrussell.com  
       Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
       Eugene D. Roth    on behalf of Debtor Brian Abbey erothesq@gmail.com  
       Eugene D. Roth    on behalf of Joint Debtor Danielle Abbey erothesq@gmail.com  
       John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
       Karena Straub    on behalf of Creditor    World Business Lenders, LLC karena.straub@piblaw.com  
       Kyle Francis Eingorn    on behalf of Creditor    TD Bank, NA keingorn@dbblegal.com  
       Laura M. Egerman    on behalf of Creditor    Wells Fargo Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
       Michael E. Brown    on behalf of Creditor    TD Bank, NA mbrown@dbblegal.com  
       Paul V. Fernicola    on behalf of Creditor Paul V. Fernicola pvf@fernicolalaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 16